IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Steven C. Lefemine, d/b/a Columbia Christians for Life, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 8:08-3638-HMH |
| vs. | ) ) | **OPINION & ORDER** |
| Dan Wideman, individually and in his official capacity; Mike Frederick, individually and in his official capacity; Lonnie Smith, individually and in his official capacity; Brandon Strickland, individually and in his official capacity; and Tony Davis, Sheriff, in his official capacity, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

On November 5, 2012, the United States Supreme Court in <u>Lefemine v. Wideman</u>, 133 S.Ct. 9 (2012), remanded the case to the United States Court of Appeals for the Fourth Circuit for a determination of whether special circumstances exist that would render an award of attorney's fees to Lefemine, the prevailing party, unjust. Subsequently, the Fourth Circuit remanded the matter to this court for further proceedings consistent with the Supreme Court's opinion. <u>Lefemine v. Wideman</u>, No. 10-1905 (4th Cir. Feb. 7, 2013). Based on the foregoing, the parties are ordered to file briefs within 20 days on the issue of attorney's fees. <u>Lefemine v. Wideman</u>, 133 S.Ct. 9, 11 (2012).

s/Henry M. Herlong, Jr.
Senior United States District Judge

Greenville, South Carolina
February 20, 2013